JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVIER MEDINA,<br><br>        Petitioner,<br>  vs.<br><br>GARY SANDOR (CRC),<br>Warden,<br><br>        Respondent. | Case No. CV 11-6139-CJC (DTB)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that Judgment be entered denying the Petition and dismissing this action with prejudice.

Dated: August 27, 2012

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE