JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVIER MEDINA,<br><br>    Petitioner,<br>    vs.<br><br>GARY SANDOR (CRC),<br>Warden,<br><br>    Respondent. | Case No. CV 11-6139-CJC (DTB)<br><br>**J U D G M E N T** |

    Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that Judgment be entered denying the Petition and dismissing this action with prejudice.

Dated: August 27, 2012

                              CORMAC J. CARNEY
                              UNITED STATES DISTRICT JUDGE